IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3098-1 |
| V. | ) | |
| BRANDON ALLEN MAUL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to appoint counsel (filing 34) is granted. The Federal Public Defender shall provide Korey L. Reiman with a CJA voucher.

DATED this 10th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge